```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

                                     NOTICE OF APPEARANCE
         -v.-                        08 Cr. 243 (KMK)

WAYNE CHARLES,

              Defendant.
------------------------------x
```

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Wayne Charles, the defendant.

I am a member of the bar of the United States District Court for the Southern District of New York having been admitted to practice in this Court in approximately April 1981.

Dated:    October 28, 2009
          White Plains, New York

                                    _____
                                    RICHARD D. WILLSTATTER
                                    Green & Willstatter
                                    200 Mamaroneck Ave., Suite 605
                                    White Plains, New York 10605
                                    (914) 948-5656
                                    Fax: 914-948-8730